BARTHOLOMEW DEVANEY, Respondent, v. THE DEGNON-MCLEAN CONSTRUCTION COMPANY, Appellant.

*Devaney* v. *Degnon-McLean Cons. Co.*, 79 App. Div. 62, affirmed.
(Argued April 29, 1904; decided May 20, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 26, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*L. Sidney Carrère* for appellant.

*George W. Roderick* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, VANN and WERNER, JJ. Not voting: O'BRIEN, J. Dissenting: BARTLETT, J. Absent: HAIGHT, J.

---

SECURITY TRUST COMPANY OF ROCHESTER, Respondent, v. WELLS, FARGO AND COMPANY EXPRESS, Appellant.

*Security Trust Co.* v. *Wells Fargo & Co. Express*, 81 App. Div. 426, affirmed.
(Argued May 4, 1904; decided May 20, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 20, 1903, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*James M. E. O'Grady* for appellant.

*Edward Harris* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ. Not voting: GRAY, J.